# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>(1) Kimberly Sue Peterson-Janovec,<br><br>  Defendant. | Crim. No. 21-124 (JRT/BRT)<br><br><br><br>**ORDER** |

Jordan L. Sing, Esq., United States Attorney's Office, counsel for Plaintiff.

Wyatt Arneson, Esq., Arneson Law Office, counsel for Defendant.

This action is before the Court on two pretrial motions. The parties agreed that the Court could rule on those motions on the papers without a hearing. Based on the file and documents contained herein, along with the memoranda and arguments of counsel, the Court makes the following Order:

1.   **Government's Motion for Discovery Pursuant to Federal Rules of Criminal Procedure 16(b), 12.1, 12.2, 12.3 and 26.2.** The Government seeks disclosure of documents and tangible objects, reports of examinations and tests, and a written summary of expert testimony pursuant to Fed. R. Crim. P. 16(b). The Government also seeks disclosure of any alibi by the Defendant pursuant to Fed. R. Crim. P. 12.1, and all witness statements pursuant to Fed. R. Crim. P. 26.2. In addition, the Government seeks notice (by the pretrial-motions-hearing date) pursuant to Fed. R. Crim. P. 12.2, if Defendant intends to rely upon the defense of insanity or introduce expert testimony

relating to a mental disease or defect or any other mental condition of the Defendant bearing on the issue of guilt. The Government also seeks notice (by the pretrial-motions-hearing date) pursuant to Fed. R. Crim. P. 12.3, if Defendant intends to rely upon the defense of actual or believed exercise of public authority on behalf of a law enforcement agency or federal intelligence agency at the time of the offense. Defendant filed no objection to the motion. Therefore, Defendant is hereby ordered to comply with the discovery and disclosure obligations under the aforementioned rules. The Government's Motion for Discovery Pursuant to Federal Rules of Criminal Procedure 16(b), 12.1, 12.2, 12.3 and 26.2 **(Doc. No. 10)** is **GRANTED**. The parties must disclose the identity of any non-rebuttal experts and all non-rebuttal expert disclosures **30 days** before trial. Any rebuttal experts must be noticed along with the production of rebuttal expert disclosures no later than **10 days** before trial.

2.      **Defendant's Motion for Discovery Pursuant to Federal Rules of Criminal Procedure 16(a) and 26.2.** Defendant requests an order requiring the Government to produce or permit various items of inspection, copying, and photographing pursuant to Fed. R. Crim. P. 16 and 26.2. Defendant's Motion for Discovery Pursuant to Federal Rules of Criminal Procedure 16(a) and 26.2 **(Doc. No. 17)** is **GRANTED** only to the extent that it conforms to Fed. R. Crim. P. 12, 16, and 26.2 and is not already moot. The motion is **DENIED** to the extent that the Jencks Act protects disclosure, and identification of witnesses and exhibits shall be done in accordance with the District Court's pretrial order on disclosure of witness and exhibit lists. However, the parties must disclose the identity of any non-rebuttal experts and all non-rebuttal expert

disclosures **30 days** before trial. Any rebuttal experts must be noticed along with the production of rebuttal expert disclosures no later than **10 days** before trial. Within **10 days** of the date of this Order, the Government must disclose all *Brady* and *Giglio* information in its possession or of which it has become aware as of the date of this Order and must promptly supplement its disclosure upon receipt of any additional *Brady* and *Giglio* information not previously disclosed.

    **3.**    The voir dire, jury instructions, and trial related motions due date are to be determined by U.S. District Chief Judge John R. Tunheim.

Date:  August 20, 2021

                                                      *s/ Becky R. Thorson*
                                                      BECKY R. THORSON
                                                      United States Magistrate Judge