December 6, 2021

I hope you had a nice Thanksgiving, I'm glad you went to B▮▮▮ – she will help you out if you need something I'm sure, but try to be a little more patient – sometimes it takes people some time to get what you need.

I wanted to let you know that I will make sure you don't need to testify against me at any trial that I stole from you. I could never in a million years express the absolute and total heartbreak I felt when I read the words that you told the agents that "I must have stole it from you". Those words go through my mind 100 times a day. I just don't understand why you would not have told them the simple truth, that is that I have handled all the finances and everything else for you for most of 20 years – why in God's name would you not tell them that.

I am at a complete loss at to why you would think I have ever stolen from you or why you would ever say that to anyone. I have taken care of you for the better part of 30 years, if you lived to be a 100 years old – you could not pay me back for everything I have paid for you over the years. I have paid your cable, phone and cell phone bill for the last 10+ years, I have paid your electric bill for the past nearly year and off and on throughout the years, I have paid for your trash bill – insurance multiple times throughout the years, etc., etc. - all the money I put into the house. The list goes on and on.

Also, just since June of this year I believe because your account was frozen and the house payment was rejected – I made I believe 4 months of house payments (I know it was at least 3 months). For you to think and / or say that I stole from you is really just beyond anything I can even begin to understand.

Between what you and M▮▮▮ have done to me with these kind of statements – these people think I'm really a piece of shit and if I lived to be a 100 years old, I will never be able to get over the hurt and complete betrayal.

take care
of yourself,

Kim