# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 21-cr-124 (JRT/BRT) |
| Plaintiff, | |
| v. | |
| KIMBERLY SUE PETERSON-JANOVEC, | ORDER GRANTING MOTION TO RESTRICT DEFENDANT'S JAIL COMMUNICATIONS |
| Defendant. | |

On December 10, 2021, this matter came before the Court on the government's Motion to Restrict Defendant's Jail Communications. (Doc. No. 49.) The government moves to immediately restrict the defendant's jail communications—telephonic and mail—to her legal counsel, until the Court can review and approve a list of contacts.

The government's motion alleges that the defendant is directly violating her pretrial conditions by contacting potential victims and witnesses related to this matter. Moreover, the government alleges that the defendant's communications amount to witness manipulation, intimidation, potential obstruction of justice, and are deeply upsetting the contacted parties. The government attached a December 6 letter the defendant allegedly mailed to a potential witness supporting the government's allegations.

Accordingly, based on the current record, **IT IS HEREBY ORDERED** that:

1. The motion of the United States to temporarily restrict Defendant's jail communications solely to her legal counsel (Doc. No. 49) is **GRANTED**;

2. The parties shall meet-and-confer regarding a proposed list of approved contacts and submit that list to the Court no later than **December 14, 2021**;

3. The Court will either modify this Order after its review of the proposed list of approved contacts or schedule a hearing if it requires additional information.

Dated:   December 10, 2021              *s/ Becky R. Thorson*
                                                             BECKY R. THORSON
                                                             United States Magistrate Judge