UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-CR-124 (JRT/BRT)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KIMBERLY SUE PETERSON-JANOVEC,

    Defendant.

**DEFENDANT'S STATEMENT OF THE CASE**

Kimberly Sue Peterson-Janovec, by and through her counsel, respectfully submits the following Statement of the Case which summarizes the allegations in the Indictment:

The Indictment alleges that between 2014 and the end of 2021 Kimberly Peterson-Janovec embezzled more than $700,000 from her two employers. It is alleged that she did this by submitting false invoices to her employers by means of e-mail and the United States Postal Service. It is also alleged that she re-directed electronic payroll deposits that were meant for other employees into bank accounts to which she had access. It is alleged that she under reported her income and did not include the embezzled funds for the years of 2015, 2016 and 2017. Lastly it is alleged that she failed to file any tax returns for 2019 and 2020.

 

Respectfully Submitted,

Dated: January 31, 2022

*/s/ Wyatt Arneson*
BY: Wyatt Arneson
Counsel for Kimberly Sue Peterson-Janovec