# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL JURY TRIAL

| | |
|---|---|
| United States of America, | **COURT MINUTES** |
| Plaintiff, | Case Number: 21-124 (JRT/BRT) |
| v. | |
| Kimberly Peterson-Janovec, | Date: February 18, 2022 |
| Defendant. | Court Reporter: Kristine Mousseau |
| | Courthouse: Minneapolis |
| | Courtroom: 15 |
| | Time Commenced: 8:55 a.m. |
| | Time Concluded: 2:19 p.m. |
| | Time in Court: 3 Hours & 15 Minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

  For Plaintiff:    Jordan Sing, Kimberly Svendsen
  For Defendant:  Wyatt Arneson

PROCEEDINGS:

X **JURY Trial - Ended**.

X Closing arguments.
X Jury received case at 11:45 a.m.
X Verdict Rec'd at 2:06 p.m. for:
    X Guilty as to Counts 1-24 of the second superseding indictment

IT IS ORDERED:
X Clerk to file Verdict.
X Presentence Investigation and Report requested.
X Sentencing is scheduled for 06/22/2022 at 11:00 a.m.
X Defendant remanded to the custody of the U.S. Marshal.

                                                          s/Heather Arent
                                                          Courtroom Deputy Clerk